Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue,
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANESHAE N. DAVIS, individually, and behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SAFEWAY TAX RELIEF, INC., <br><br> Defendants. | Case No. 2:26-cv-03250-JLS-DFMx <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [18]** <br><br> Honorable Judge Josephine L. Staton <br> Magistrate Judge Douglas F. McCormick |

This cause coming before the Court on Parties Stipulation of Dismissal; the Court being fully advised in the premises and having jurisdiction of the subject matter,

**IT IS HEREBY ORDERED**:

1. The Stipulation for Dismissal is GRANTED. The action against SAFEWAY TAX RELIEF, INC. is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any claims for prospective class members. Each party to bear its own attorney's fees and costs.

Dated: ___June 23, 2026___

*Josephine L. Staton*

The Honorable Josephine L. Staton
United States District Judge

1